IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| TONY ARNEL MASSENBURG, ) | Case No. 12-27073-TJC |
| ) | |
| Debtor. ) | (Chapter 7) |
| ) | |
| ) | |
| ROGER SCHLOSSBERG, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No.: 14-00815 |
| ) | |
| HATTIE L. MASSENBURG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SERVICE OF DISCOVERY SUBPOENA**

I HEREBY CERTIFY that on the *27th* day of *July, 2015*, I served a copy of Plaintiff's Subpoena to State Farm Fire and Casualty Company to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) via email and first class, postage prepaid mail upon:

Eric H. Kirchman, Esq.
15 W. Montgomery Ave., Suite 205
Rockville, MD 20850
kirchlaw@cs.com
*Attorney for Defendant*

        SCHLOSSBERG & MASTRO

        By:  */s/ Frank J. Mastro*
            Roger Schlossberg
            Frank J. Mastro
            18421 Henson Blvd., Suite 201
            Hagerstown, MD 21742
            (301) 739-8610
            *Attorneys for Plaintiff/Trustee*