

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | : | |
| TONY ARNEL MASSENBURG | : | Case No. 12-27073 TJC |
| Debtor | : | Chapter 7 |
| _____ | : | |
| ROGER SCHLOSSBERG, TRUSTEE | : | |
| Plaintiff | : | |
| v. | : | Adversary Nos. 14-00815 TJC |
| | | 14-00816, and 14-00818 |
| HATTIE L. MASSENBURG, et al. | : | |
| Defendants | : | |

### ORDER

**UPON CONSIDERATION** of the Joint Motion to Modify Scheduling Order, it is,

**ORDERED,** that said Motion be and the same hereby is, **GRANTED;** and it is further;

**ORDERED,** that the Scheduling Order entered in these cases be, and the same hereby is, **REVISED,** as follows:

Discovery Closed                    1/2/16
Motions Deadline                    2/15/16

Exhibits and Witness Lists             3/7/16
Pretrial Conference                    4/11/16
Trial Date                             4/20/16 4/21/16


**END OF ORDER**