

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| TONY ARNEL MASSENBURG | ) | Case No. 12-27073-TJC |
|     Debtor. | ) | (Chapter 7) |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Adv. No.: 14-00815 |
| HATTIE L. MASSENBURG, | ) | |
|     Defendant. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Adv. No.: 14-00816 |
| HATTIE L. MASSENBURG, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Adv. No.: 14-00818 |
| HATTIE L. MASSENBURG, | ) | |
|     Defendant. | ) | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

Upon the *Motion for Approval of Proposed Compromise and Settlement* (the "*Motion*"), and it appearing to the Court that proper notice of said proposed compromise and settlement has been forwarded to all parties-in-interest herein as required by Bankruptcy Rule 2002, and no objection to said proposed compromise and settlement having been filed in response thereto, and it appearing that the proposed compromise and settlement is in the best interests of all parties-in-interest herein and should be approved by the Court; and

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the *Motion* be, and the same hereby is, GRANTED; and it is further

ORDERED, that the proposed compromise and settlement as described in the *Motion* be, and the same hereby is, APPROVED.

**END OF ORDER**

cc:  Roger Schlossberg, Esquire
     Frank J. Mastro, Esquire
     Eric H. Kirchman, Esquire